HARVEY MURDOCK, Appellant, *v.* THOMAS L. LEEMING et al., as Executors of LEONARD J. BUSBY, Deceased, et al., Respondents.

*Murdock* v. *Leeming*, 146 App. Div. 915, affirmed.
(Argued February 12, 1912; decided February 27, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

October 6, 1911, which affirmed an order of Special Term denying a motion to punish the defendants for an alleged contempt.

*Frederic R. Kellogg* and *Dean Emery* for appellant.

*I. R. Oeland* and *Arthur E. Goddard* for respondents.

Order affirmed, with costs; no opinion.
Concur: HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Not siting: CULLEN, Ch. J.